IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BRADLEY M. BURTON, | ) | |
| Movant, | ) ) ) | NO. 3:08-478<br>JUDGE HAYNES |
| | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Respondent. | ) ) | |

## ORDER

In accordance with the Memorandum filed herewith, the Movant's motion to vacate, set aside, or correct sentence (Docket Entry No.1) is **DENIED** except that his claims for denial of sentence credits is **DISMISSED without prejudice** for lack of jurisdiction.

It is so **ORDERED**.

**ENTERED** this the 2nd day of July, 2009.

WILLIAM J. HAYNES, JR.
United States District Judge